UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF WISCONSIN

In re:

    Larry D. Owens,                           Case No.: 19-27072-beh
                  Debtor                       Chapter 13

## NOTICE AND REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

      Larry D. Owens has filed papers with the court requesting modification of the Chapter 13 Plan in the above case.

      Your rights may be affected. You should read these papers carefully and discuss them with your attorney, if you have one in this bankruptcy case. (If you do not have an attorney, you may wish to consult one.)

      If you do not want the court to confirm the amended plan as proposed, or if you want the court to consider your views on the request, then on or before 21 days after service of this notice, you or your attorney must:

      File with the court a written request for hearing which shall contain a short and plain statement of the factual and legal basis for the objection. File your written request at:

                                  Clerk of Bankruptcy Court
                                517 E Wisconsin Ave, Rm 126
                                Milwaukee, WI  53202-4581

      If you mail your request to the court for filing, you must mail it early enough so the court will receive it on or before the expiration of 21 days.

      If you or your attorney do not take these steps, the Court may decide that you do not oppose the request and may enter an order confirming the amended chapter 13 plan.

MILLER & MILLER LAW, LLC
633 W Wisconsin Ave Ste 500
Milwaukee, Wisconsin 53203-1918
(414) 277-7742 (office)
(414) 277-1303 (fax)
alyssa@millermillerlaw.com

# REQUEST TO AMEND UNCONFIRMED CHAPTER 13 PLAN

1. This request to amend an unconfirmed Chapter 13 Plan **SUPERSEDES ALL PRIOR REQUESTS TO AMEND THE PLAN AND INCLUDES ALL PROPOSED AMENDMENTS. TERMS NOT FULLY STATED HERE OR IN THE ORIGINAL PLAN ARE NOT PART OF THE PLAN.**

2. Service. A certificate of service must be filed with the amendment. Designate one of the following:

    X A copy of this proposed amendment has been served on the trustee, United States trustee and all creditors.

3. The Chapter 13 Plan filed with the Court is amended as follows:
    a) **The special provisions in section 8.1 of the original plan are moot and not in effect.**
    b) **Debtor will adjust his payments to $1,872.17 per month to maintain feasibility.**

    All remaining terms of the original Chapter 13 Plan are unaffected. In the event of a conflict between the terms of the original Plan and the terms of this amendment, the terms of this amendment control.

    WHEREFORE each Debtor requests that the Court approve this proposed amendment to the original Chapter 13 Plan.

## CERTIFICATION

The Debtor's attorney must sign this certification. A Debtor represented by an attorney may sign this certification. If the Debtor does not have an attorney, the Debtor must sign this certification. **The provisions in this Chapter 13 plan are identical to those contained in the official local form other than the changes listed in part 3.**

I certify under penalty of perjury that the foregoing is true and correct.

Respectfully submitted March 29, 2020.

/s/ Deborah A. Stencel
Deborah A. Stencel SBN 1084167
Attorney for Debtor
MILLER & MILLER LAW, LLC
633 West Wisconsin Ave, Ste 500
Milwaukee, Wisconsin 53203-1918
(414) 277-7742 (office)/(414) 277-1303 (fax)/ deborah@millermillerlaw.com