

THE FOLLOWING ORDER
IS APPROVED AND ENTERED
AS THE ORDER OF THIS COURT:

DATED: April 2, 2020

Beth E. Hanan
United States Bankruptcy Judge

United States Bankruptcy Court
517 East Wisconsin Avenue, Room 126
Milwaukee, WI 53202-4581

| | |
|---|---|
| In re: LARRY D. OWENS | CHAPTER 13 |
| Soc. Sec. No. xxx-xx-7874 | Case No. 19-27072-BEH |

***AMENDED***

### ORDER FOR CHAPTER 13 PAYMENT BY DEBTOR

To LARRY D. OWENS the above named debtor(s):

IT IS ORDERED THAT:

1. You shall immediately commence paying the sum of **$1,872.00** **Monthly**, to the Chapter 13 Trustee.

2. Payment shall be made by money order, cashiers check, certified check or equivalent, and not by personal check or cash, and should be made payable to the Chapter 13 Trustee. INCLUDE YOUR **NAME** AND **CHAPTER 13 CASE NUMBER** WITH EACH REMITTANCE. **PLEASE MAKE PAYABLE AND MAIL TO:**

**CHAPTER 13 TRUSTEE
P.O. BOX 730
MEMPHIS, TN 38101-0730**

or to pay electronically go to https://tfsbillpay.com

3. This Order supersedes any previous Order for payment in this case.

**Debtor(s):**
LARRY D. OWENS
3842 NORTH 10TH STREET
MILWAUKEE, WI 53206-

**Debtor(s) Attorney:**
MILLER & MILLER
633 WEST WISCONSIN AVENUE
SUITE 500
MILWAUKEE WI 53203-

Chapter 13 Trustee
P.O. Box 510920
Milwaukee, WI 53203
Telephone (414) 271-3681
Fax (414) 271-9344

Trustee Issued Date: April 02, 2020

#####